UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GARY GIGUERE,**

    Plaintiff,

                                                                                 Civil No.**05-70179**
                                                                                 Hon. John Feikens

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **August 19, 2005**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                                 **s/John Feikens**
                                                                  John Feikens
                                                                United States District Judge

Date: **September 14, 2005**

---

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on September 14, 2005, by U.S. first class mail or electronic means.

                                    s/Carol Cohron
                                    Case Manager