UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GARY GIGUERE,**

    Plaintiff,

                                          Civil No.**05-70179**
                                          Hon. John Feikens

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## JUDGMENT

The Court has duly reviewed the issues and rendered a decision in this action;

It is hereby **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment be granted, and the Motion for Summary Judgment by Plaintiff be denied.

It is further **ORDERED** that the Clerk serve a copy of this Judgment by United States mail on the Plaintiff and counsel for the Defendant.

Dated at Detroit, Michigan, this **14th** day of **September**, 2005.

                                                         **s/John Feikens**
                                                         John Feikens
                                                         United States District Judge

Date: **September 14, 2005**

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on September 14, 2005, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager